UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JIN ZHI BI

- against -

ABC CORP., QIN JU XIA

Case#: 3:18-CV-00023-AVC

**ANSWER**

I
**ADMISSIONS AND DENIALS**

1. Denied,
2. Denied,
3. Admitted,
4. Lack of enough information,
5. Admitted,
6. Admitted.
7. Knowledge and information,
8. Denied,
9. Denied,
10. Denied,
11. Denied,
12. Denied,
13. Denied,
14. Denied,
15. Denied,
16. Denied,
17. Denied,
18. Denied,
19. Denied,
20. Denied,
21. Information and Belief,
22. Denied,
23. Information and Belief,
24. Information and Belief,
25. Denied,
26. Knowledge or Information,
27. Information and Belief,
28. Information and Belief,
29. Denied,
30. Denied,
31. Denied,
32. Denied,
33. Denied,
34. Denied,
35. Denied,
36. Denied,
37. Denied,
38. Denied,



39. Denied,
40. Denied,
41. Denied,
42. Denied,
43. Denied,
44. Denied,
45. Denied,
46. Denied,
47. Denied,
48. Denied,
49. Denied,
50. Information and Belief,
51. Denied,
52. Denied,
53. Denied,
54. Denied,
55. Denied,
56. Denied,
57. Denied,
58. Denied,
59. Denied,
60. Information and Belief,
61. Denied,
62. Denied,
63. Denied,
64. Denied,
65. Denied,
66. Denied,
67. Denied,
68. Knowledge or Information,
69. Denied,
70. Denied,
71. Denied,
72. Denied,
73. Denied,
74. Denied,
75. Denied,
76. Information and Belief
77. Denied,
78. Denied,
79. Denied.

# II
# DEFENSE

FIRST DEFENSE:

This Plaintiff's Summons was not properly served.

SECOND DEFENSE:

All allegations stated by the Plaintiff's Attorney in this lawsuit was not truth and fact. The Plaintiff does not have any employment relationship with the Defendant. The Plaintiff and the Defendant are business partners. I will produce the evidence proving the same at the trial.

The Plaintiff misled her attorney on this lawsuit and / or the Attorney is filing a frivolous and baseless lawsuit.

The employment of the Plaintiff and the Defendant does not exist.

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

# III
## COUNTERCLAIMS

After the Plaintiff and the Defendant entered into a business partner agreement, the Plaintiff failed to comply with the terms and convenant of the agreement. The Plaintiff could not get along with other staff in the business premises and the Plaintiff hardly appears in the business premises. The Plaintiff refused to produce her true identification, disclosed her social security number and her Connecticut massage license when numerous requests were made. While the Plaintiff knows that she is not an employee at all time, but she still files such a frivolous lawsuit through an attorney. The only purpose of such baseless filing is to enrich her and her attorney unjustly. I am suing the Plaintiff and her attorney for causing damages to my business because such a frivolous lawsuit brings. Such damages include money occurred for my consultation with attorneys and translation assistance and damages to me emotionally and mentally that the court deems justifiable.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ²ⁿᵈ day of February, 2018

Signature of Defendant _____

Address: 1201 Boston Post Road #2014 Milford, CT 06460

Telephone Number    203-877-9908

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JIN ZHI BI

CASE# 3:18-CV-00023-AVC

- against -

**AFFIRMATION OF SERVICE**

ABC CORP., QIN JU XIA

I, (*print your name*) QIU JU XIA _____, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): ANSWER TO SUMMONS AND NOTICE OF APPEARANCE

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) FIRST CLASS MAIL THROUGH ✓ UNITED STATES POSTAL SERVICE____ to the following persons (*list the names and addresses of the people you served*): ____
JIAN HANG, HANG &ASSOCIATED, PLLC 136-18 39TH AVENUE SUITE 1003 FLUSHING, NY 11354

on (*date you served the document(s)*) 02/02/2018.

02/02/2018
Dated

Signature
1201 Boston Post Rd #2014
Address
Milford, CT 06460
City, State
06460
Zip
203-877-9908
Telephone Number
None
E-Mail Address

*Rev. 01/2013*