Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Diahann Lewis    RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 03 hours 54 minutes

DATE: 12/12/2023    START TIME: 10:07    END TIME: 2:56

LUNCH RECESS    FROM: 12:40    TO: 1:35

RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:18CV23 (JAM)

Jin Zhi Bi    Jian Hang
                  Plaintiff's Counsel
vs
Xia    Qin Ju Xia (pro se)
                  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    ☐ Show Cause Hearing
☑ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#80 Motion Supplemental Motion for Default re Damages/Atty Fee ☐ granted ☐ denied ☑ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ........... Evidence entered. Taken under advisement ☐ filed ☐ docketed
☐ ........... Plaintiff to file supplemental brief re attorney fees. ☐ filed ☐ docketed
☐ ........... ☐ filed ☐ docketed
☐ ........... ☐ filed ☐ docketed
☐ ........... ☐ filed ☐ docketed
☐ ........... ☐ filed ☐ docketed
☐ ........... Hearing continued until ___ at ___

Notes: