UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jin Zhi Bi

v.  3:18CV23 (JAM)

Qin Ju Xia

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of plaintiff's Motion for Default Judgment pursuant to FRCvP 55(b) of the Federal Rules of Civil Procedure.

The Court has reviewed all of the papers filed in conjunction with the Motion. On July 21, 2023, a default entered in favor of Bi as to defendant Xia's liability under the Fair Labor Standards Act, 29 U.S.C. §§ 206 and 207, and under the Connecticut Minimum Wage Act, Conn. Gen. Stat. §§ 31-51ii(a) and 31-60 (Doc. #78).   On January 3, 2024, the court entered an Order granting plaintiff's Supplemental Motion for Default Judgment, entering judgment in favor of plaintiff Bi, and against defendant Xia, as follows: Bi is awarded $51,644.30 (consisting of $3,720.76 in unpaid regular wages and $22,101.39 in overtime wages, plus liquidated damages of $25,822.15); Bi is further awarded attorney fees and costs of $48,290.75 (consisting of $47,220.75 in attorney fees and $1,070 in costs), for a total award of $99,935.05.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the plaintiff and against defendant, in the total amount of $99,935.05, in accordance with the court's Order (Doc. #94), and the case is closed.

Dated at New Haven, Connecticut, this 4th day of January 2024.

Dinah Milton Kinney, Clerk,
By /s/ Diahann Lewis
Deputy Clerk

ENTERED ON DOCKET: January 4, 2024